**2008–0125.   State v. Ridenour.**
Montgomery App. No. 22474.

**2008–0135.   State v. Sherrills.**
Cuyahoga App. No. 89830, 2007-Ohio-6989.

**2008–0136.   Meadowbrook Care Ctr. v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 06AP–871, 2007-Ohio-6534.

**2008–0138.   State v. Crosky.**
Franklin App. No. 06AP–816, 2007-Ohio-6533.

**2008–0161.   State v. Keith.**
Lorain App. Nos. 07CA009263, 07CA009267, 07CA009268, 07CA009269, 07CA009270, 07CA009271, and 07CA009272.
    LUNDBERG STRATTON, J., dissents and would accept the appeal and remand the cause for determination as to appellant's claim of ineffective assistance of counsel.

**2008–0162.   State v. Davis.**
Montgomery App. No. 21904, 2007-Ohio-6680.

**2008–0167.   State v. Moncrief.**
Cuyahoga App. No. 89788, 2007-Ohio-6328.

**2008–0171.   State v. Brown.**
Summit App. No. 23996.

**2008–0175.   State v. Gandy.**
Hamilton App. No. C–070152.

**2008–0176.   State v. Willfong.**
Hamilton App. No. C–070113.
    O'DONNELL and LANZINGER, JJ., dissent and would accept the appeal and hold the cause for the decision in 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C–060747.

**2008–0179.   State v. McCarroll.**
Cuyahoga App. No. 89280, 2007-Ohio-6322.
    LANZINGER and CUPP, JJ., dissent and would accept the appeal on Proposition of Law No. I and hold the cause for the decision in 2007–1703, *State v. Kalish,* Lake App. No. 2006–L–093, 2007-Ohio-3850.

**2008–0185.   State v. Kravochuck.**
Cuyahoga App. No. 89294, 2007-Ohio-6323.

**2008–0189.   State v. Rox.**
Cuyahoga App. No. 89244, 2007-Ohio-6315.
    O'DONNELL, J., dissents.

**2008–0193.   Sanders v. Stover.**
Cuyahoga App. No. 89241, 2007-Ohio-6202.
    PFEIFER, J., dissents.

**2008–0194.   State v. Evans.**
Hamilton App. No. C–060392.

**2008–0197.   Richardson v. Richardson.**
Franklin App. No. 07AP–287, 2007-Ohio-6642.
    O'DONNELL, J., dissents.

**2008–0206.   State v. Haverland.**
Hamilton App. No. C–070059.

**2008–0207.   State v. Mitchell.**
Cuyahoga App. No. 88977, 2007-Ohio-6190.